UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHELLE D. MCRAE,              :
                                :
        Plaintiff,              :
                                :    CASE NO. JFM 02-2957
v.                              :
                                :
ANATOLY GORBANOVSKY,            :
                                :
                                :
        Defendant.              :

### ORDER

Upon consideration of the parties' Joint Motion to Stay, and the entire record herein, it is, by this Court, this _30th_ day of _September_, 2002, hereby

ORDERED, that the parties Joint Motion to Stay is hereby GRANTED; and it is further

ORDERED, that this cause is hereby stayed until further Order of the Court; and it is further

ORDERED, that the parties shall file a joint status report within 90 days of the date of this Order concerning the related state litigation; _and it is further_

_ORDERED, That this case be administratively closed_ _subject to being reopened by any party for good cause._

_____
United States District Judge

cc:

David B. Stratton
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036

William J. Blondell, Jr.
628 Eastern Boulevard
Baltimore, MD 21221

MICROFILMED